IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JENNIFER R.,[1]  )
   *Plaintiff*,  )
)
)
v.  )  Civil No. 3:23-cv-112-HEH-SLS
)
MARTIN O'MALLEY,  )
Commissioner of the  )
Social Security Administration,[2]  )
   *Defendant*.  )
)

**FINAL ORDER**
**(Adopting Report and Recommendation of the Magistrate Judge)**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on February 14, 2024 (ECF No. 16). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge (ECF No. 16) is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (ECF No. 11) is DENIED.

(3) Defendant's Motion for Summary Judgment (ECF No. 13) is GRANTED.

(4) The decision of the Commissioner is AFFIRMED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is so ORDERED.

Richmond, Virginia

Date: Feb. 29, 2024

/s/
Henry E. Hudson
Senior United States District Judge

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that federal courts refer to claimants by their first names and last initials in social security cases.

[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he has been substituted for Acting Commissioner Kilolo Kijakazi as Defendant in this action. No further action need be taken to continue this suit. 42 U.S.C. § 405(g).